TRULINCS 67206054 - LEWIS, REGINA - Unit: BRO-E-A

---

FROM: 67206054
TO: Lewis, Maraya
SUBJECT: BIVENS
DATE: 06/30/2014 08:41:19 AM

ORIGINAL

RECEIVED
JUL - 2 2014
PRO SE OFFICE

ROSS, J.

GOLD, M.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

REGINA LEWIS 67206-054

    Plaintiff,
-V-

UNITED STATES MARSHAL SERVICE,
ERIC WEISS, FEDERAL BUREAU OF
PRISONS,

    Defendant's,

COMPLAINT

CV 14   4178

---

On July 27,2012 I was arrested and held in pre-trial detention under title 18USC115. I was released for pre-trial on or around November 26,2013. On December 17, 2013 a warrant was issued for my arrest because I revoked my HIPPA waiver allowing pre-trial services to review my mental health records at will. According to the record on July 26,2012 US Marshal Eric Weiss filed an affirmation alleging that on July 19,2012 someone called the U S District Court identifying themselves as (Regina Lewis) threatening an unidentified federal judge. No warrants were issued on that day or thereafter for my arrest so my arrest was not privileged. The affirmation read (THREATEN A FEDERAL JUDGE). On July 27, 2012 the U S Marshals Service at the command of U S Marshal Eric Weiss around 3:30am one hour after Mr. Weiss called my home at 2:30am his usual time and unlawfully entered my home, seized me leaving my home unsecured and returned later to burglarize it, stealing my home and office computers and other electronics used for my organization and personal use. I was seen before Magistrate Judge Gorenstein who ordered a psych examination. I was held in pre-trial detention at the Metropolitan Correctional Center where I spoke with several psychologists and a psychiatrist. The court should not have entertained Mr. Weiss's affirmation since his affirmation did not establish probable cause and the court did not issue an arrest warrant. On or around August 9,2012 I spoke with Dr. Elizabeth Owens who later informed me that she had not finished her report until October 15, 2012. According to the record on August 14,2012 a hearing was held without my knowledge or presence and an order was entered under seal (12MAG1992) for my release from custody to be transported to the (Westchester County Hospital). Martin Cohen informed me around that time that the prosecutor would let me go but he fears that I will brag... Around August 20,2012 Counselor Hill informed me that I was going home and congratulated me. According to the clerk the entire matters never amounted to a case and were completely closed on August 23,2012. According to the record the Government did not appeal this final disposition. On August 23,2012 I was still in custody at the Metropolitan Correctional Center after confidential informant Danielle Williams informed the Lieutenant that I had circulated a petition that turned out to be false information I was transferred to the Metropolitan Detention Center. Shortly thereafter I was served with an indictment by Martin Cohen's assistant 12Cr.655. Apparently Judge Peck and Judge Hellerstein have elected to proceed on a non-existing case. In September of 2012 the Government's disclosure identified U S Marshal Eric Weiss as the one being unlawfully hacked into my computer violating my privacy since 2010. On October 10,2012 according to the transporting marshals and the (CIM-In Transit Data Form) I was being released from custody to the (Westchester County Hospital). When I was returned to custody Ms. Valez the unit team manager said that I had been released from their custody and no one had any answers as to why I was returned nor did they investigate. According to the (CIM In-Transit Data Form) dated October 10,2012 I had no detainers. The US Marshals held me without authority to do so and turned me over to the Orange County Sherriff's Department who had no authority to take me into custody. The Orange County Sheriff's Department returned me to the U S Marshals on October 11,2012. The U S Marshals returned me to custody of the Metropolitan Detention Center without a new detention order or (CIM In-Transit Data Return BP Form) mandatory documentation according to the United States Justice Department Federal Bureau of Prisons Program Statement. I have been appointed two attorneys and a third being stand-by counsel Lloyd Epstein. Martin Cohen confirmed that the case wasn't real while Rosenberg and Epstein say that the statute requirements haven't been met, but none have filed motions or raised the issue on record. Mr. Epstein did file motion for judge Hellerstein's recusal which judge Hellerstein refused. None having investigated the record nor drawn into question the legality or the constitutionality of the illegal prosecution and my unlawful imprisonment based on facts and common law. While Lloyd Epstein has applied the most damaging affect having the audacity to breach privileged client confidential communication by knowingly and deliberately discrediting my evidence by using his position of trust to misinform the court that the (CIM In-Transit Data Form) given to me on October 11, 2012 by witnesses in R&D at the Metropolitan Detention Center stipulating the order for my release was non-

TRULINCS 67206054 - LEWIS, REGINA - Unit: BRO-E-A

---

existent. Mr. Epstein also took it upon himself to deem me incompetent knowing the outcome would be my transfer to BOP Carswell a high security penitentiary in violation of my rights and the clearly established Federal law title 18USC4083. Title 18USC4083 prohibits the imprisonment of persons convicted of offenses against the United States serving a sentence of a year or less to be served in high security "penitentiaries" without their consent, and first signing a waiver, while the Bureau broadens that prohibition to include any high security institution. Therefore, how much more does title 18USC4083 protect me as an un-convicted person. I have been ordered to Federal Prison first from June 4, 2013 through August 2013 and again from February 25, 2014 until August 2014. According to the United States Justice Department Federal Bureau of Prisons Program Statement the bureau can only accept prisoners into actual prison custody upon a J&C Judgment and Commitment and not a simple order from the court. For this would violate the inmate's procedural protections according to the policy. According to the 14th amendment imprisoning me for even a day in a high security Federal prison system in (Segregation) absent due process is so patently unconstitutional that it needs to be drawn into question for it violates the most fundamental constituents of my constitutional rights that I shall not lose liberty, limb or life without due process. All of the appointed attorneys have deliberately given family and friends false information about the matters who have left me high and dry. Judge Hellerstein and appointed counsel have made repeated attempts to force me to plead guilty for time served to justify this matter which I have refused. Judge Hellerstein has also repeatedly suggested that I take my complaints up with the court of appeals. I have been repeatedly placed in segregation totaling a year or more and have been denied visits, attorney visits, phone access, legal phone call access and medical attention and corrective surgery. If I am so mentally ill with a long history of such why have I been kept from all vital treatment and the support system of independent living in beautiful supportive housing coupled with case managers, therapy and other supportive programs with Federal subsidy benefits and Social Security Supplemental Income that I have lost while in unlawful custody and why was I thrown into the street by the BOP and Judge Hellerstein on November 26, 2013 until December 19, 2013. As a mentally ill person why have I been housed in segregation and transported across the Country back and forth to Federal Prison BOP Carswell to be placed in segregation defined by the FBOP as (Mental Health Special Observation Units) that are worse then your typical (SHU Segregation) where people who are not convicted and not sentenced who have been abandoned by our court appointed attorneys are held indefinitely under a psychiatric guise no matter how competent we are and are commonly forced over our objection to ingest dangerous, discontinued and expired experimental Neuroleptic Valproic Acid drugs in order to be released from SHU. I have been placed in transit status before the courts can hear my petitions. Docket : 13-cv-879(ARR) was previously dismissed as moot by the U S District Court for the Eastern District of New York. I have not received a final disposition nor a response from the respondents from docket 4:14-cv-180-O in the U S District Court for the Northern District of Texas consolidated on April 17, 2014 with the U S District Court for the Southern District of New York nor.

The relief I seek: Is for immediate release from all custody and a determination that what is happening to me is illegal and unconstitutional and compensation for my unlawful imprisonment and cruel and unusual punishment in the sun of $40,000,000 (FORTY MILLION DOLLARS) and whatever else the court may deem just and proper.

*Regina Lewis  6-30-14*